**THE AMIN LAW GROUP, LTD.**
Ismail Amin, Esq. (SBN 231232)
Kevin T. Meade, Esq. (SBN 195349)
Scott Halberstadt, Esq. (SBN 190736)
2211 Michelson Drive, Suite 1170
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Plaintiff STAN EVANS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STAN EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation, formerly known as FACEBOOK, INC., and DOES 1-20, inclusive,<br><br><br>Defendants. | **Civil Action No.**<br><br>**PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND** |

**PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND**

Plaintiff Stan Evans ("Evans" or "Plaintiff") files this Original Complaint and Jury Demand against Defendant Meta Platforms, Inc., formerly known as Facebook, Inc. ("Meta" or "Defendant") and DOES 1 through 20, inclusive ("DOE Defendants") (Meta and DOE Defendants are, collectively, "Defendants") on personal knowledge as to all facts regarding himself and on information and belief as to all other matters, as follows:

*The Amin Law Group, Ltd.*
*2211 Michelson Drive, Suite 1170*
*Irvine, CA 92612*
*Phone: (949) 502-7715 / Fax: (949) 266-8406*

# I.

## PRELIMINARY STATEMENT

Plaintiff Stan Evans has worked as a photographer for decades.  His passion is commercial celebrity photography.  Evans has spent tens of thousands of dollars on equipment, travel, and lodging to pursue his passion and hone his natural talent.  Commercial photography is a very competitive business and is dependent on proper recognition, fair terms and compensation for use and exposure in order to obtain more high-end work.

Meta used Evan's extraordinary photographs of Red Table Talks, a popular television show, for its own commercial benefit without obtaining Evan's permission, providing Evans credit for his work, paying a license fee, or obtaining a license of any kind.  Simply put, Meta used Evan's copyrighted work and Evans should have been paid for it.  Stan Evans brings this lawsuit to enjoin Meta's infringement of his work and to recover his damages.

# II.

## PARTIES

### A.  Plaintiff

1.      Plaintiff Stan Evans is a citizen and resident of the State of California.  Evans is a renowned freelance professional photographer who specializes in commercial photography across the United States.

### B.  Defendant

2.      Defendant Meta Platforms, Inc. is a Delaware corporation doing business in California with its principal place of business at 1601 Willow Rd, Menlo Park, CA.  Meta may be served via its registered agent, Corporation Service Company, at the same address.

3.      The true names and capacities, whether individuals, corporations, associations or otherwise of the Defendants designated DOES 1 through 20, inclusive, are unknown to Mr. Evans and Mr. Evans therefore sues said Defendants by said fictitious names.  Mr. Evans is informed and believes, and thereupon alleges, that each of the Defendants designated DOES 1 through 20, inclusive, are responsible for the events referred to herein and caused damages proximately to Mr. Evans as alleged herein.  Mr. Evans will amend this Original Complaint to insert the true names and capacities of

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

1  Defendants DOES 1 through 20, inclusive, when the same as been ascertained and join such Defendants

2  in this action.

3  ### III.

4  ### JURISDICTION AND VENUE

5       4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

6  § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising

7  under the Constitution, laws, or treaties of the United States.

8       5.      This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

9  1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the

10  Copyright Act of the United States, 17 U.S.C. § 101, et seq.

11       6.      This Court has personal jurisdiction over Defendant because while it is a Delaware

12  corporation, it is headquartered and therefore "at home" in the State of California.

13       7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because

14  Defendant or its agent resides, or may be found, in this District.

15  ### IV.

16  ### FACTUAL BACKGROUND

17  **A.  Commercial Photography**

18       8.      To say that commercial photography is a tough business is a severe understatement.  It

19  requires artistic skills, business skills, and interpersonal skills.  Before having the opportunity to even

20  take a photo, photographers must invest in expensive equipment, provide a strong sample of their work

21  and negotiate terms that allow them to continue their business.

22       9.      And, in today's technological age where anyone with a smart phone can take pictures

23  commercial photography is becoming significantly more competitive, making it even more imperative

24  to secure great projects and capture the perfect shot.

25       10.    In such a cutthroat environment, it is essential that commercial photographers receive

26  the compensation and credit to which they are entitled, but also need to advance their business.

27

28

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

11.     Each and every instance where a photographer does not receive proper attribution, or his work is misattributed, decreases the value of that photograph and the overall value of the photographer's portfolio.

**B.  Stan Evans: A Professional Commercial Photographer**

12.     Stan Evans is a renowned freelance commercial photographer who specializes in taking photographs of celebrities and key gallery photographs.  Evans has distinguished himself by creating a highly coveted portfolio that demands legal protection to preserve its standard.

13.     He has spent years perfecting his craft, and his photography business includes licensing his works and photography engagements.

14.     Evans is known for the unparalleled quality of his work.  He employs photography techniques that involve precise angles, timing, assessment of light, and other creative approaches that he has worked tirelessly to develop.  During a shoot, Evans has the uncanny ability of connecting with the subjects.  In addition, to ensure the highest quality photographs, Evans uses state of the art equipment.  He has invested tens of thousands of dollars in equipment.

15.     He has established a strong reputation for himself and his work, and due to his professional reputation, he often obtains privileged access to take photographs of celebrities, events, products and productions.

16.     With all of that being said, commercial photography is a competitive and challenging business.  Being involved with national or multi-city campaigns are lucrative and well sought after projects.

17.     Evan's portfolio and reputation as a premier photographer are critical to his business. The more his photographs are viewed with proper attribution, the more access he can obtain to take celebrity photographs, and the more he can command in licensing fees.

**C.  Evans Hired to Shoot Key Art for Red Table Talks**

18.     In the Spring of 2018, Evans was hired by Ignition, on behalf of Meta to shoot key art for Red Table Talks, a developing new project with Jada Pinkett-Smith.

19. Red Table Talks is a powerful and popular show dealing with important current topics hosted by celebrity Jada Pinktett-Smith, her daughter and mother.  Working on this project is a high exposure opportunity.

20. Evans submitted an estimate on April 9, 2018, allowing for digital media usage only, as he owns the copyright to all of the images, which have been registered, performed his work and took exceptional photographs of Red Table Talks.

21. At no point and time did Evans transfer copyrights to Ignition, Red Table Talks or Meta.

**D.  Meta Expresses Interest in Licensing Evans' Red Table Talk Photographs**

22. Evans offers licenses for his copyrighted photographs, including the Red Table Talks photos.

23. On or around October 12, 2018, Ignition reached out to Evans on behalf of Meta with interest in using Evans's images for an expanded campaign to promote Red Table Talks as the show is growing significantly in popularity and notoriety.  Meta informs Evans that of interest in changing the licensing usage to include out of home advertisements.  Evans responds that increased usage or locations will require additional compensation and terms will need to be negotiated.

24. Representatives of Meta begin negotiating terms with Evans.  These negotiations continue for months.  The terms consistently changed but at no time did Defendant Meta tell Evans that they have national campaign intentions for the images.   In the end, no meeting of the minds between the parties is ever established and ultimately collapse on or around December 6, 2018 as Evans definitively informs Meta that he does not accept their proposed terms.

25. Meta will argue that while the Parties may not have complete agreement on terms that a contract was formed.

26. Unbeknownst to Evans, Meta begins using Evans' Red Table Talk copyrighted images without permission or license in markets beyond what had been shared with or contemplated by Evans.

27. Meta's usage of the images is also beyond contemplated terms and uses, namely using multiple images on a national multi-city billboard campaign.

28. Evans, through counsel, notified Meta of its awareness of infringement and Meta persisted in using the images.  Said usage was therefore willful and intentional.

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E.   The Damage Done**

29.     Defendant Meta received direct benefit from its willful, unlicensed use of Evans's Red Table Talks images.

30.     Defendant Meta's unlawful conduct caused Plaintiff damages in the form of lost license fees, sales, and profits.

31.     Alternatively, and as outlined below, Defendant breached the contract reached between the Parties by using the images more broadly and outside of any contemplated uses by the Plaintiff. Defendant Meta received direct benefit from its breach of any contract.

32.     Defendant Meta's breach of contract caused Plaintiff damages in the form of lost license fees, sales and profits.

**V.**

**CLAIMS**

**A.   First Claim for Relief: Copyright Infringement (Against All Defendants)**

33.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

34.     Defendants published, copied, distributed, and publicly displayed the Evans's Red Table Talks images.

35.     Defendants' acts are and were performed without the permission, license, or consent of Plaintiff.

36.     Defendants acted with willful disregard of the laws protecting Plaintiff's copyrights.

37.     Defendants infringed Plaintiff's copyright in the Red Table Talk images in violation of 17 U.S.C. § 501.

38.     Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

39.     Plaintiff is informed and believes and thereon alleges that the Defendants have obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will require an accounting from the Defendants of all monies generated from the Red Table Talks.

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

40.     In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each work willfully infringed by Defendants in an amount of $150,000 per work infringed. In the event that the trier of fact does not find that Defendants willfully infringed Plaintiff's copyrights, Plaintiff is entitled to seek maximum statutory damages for each work infringed by Defendants in an amount of $30,000 per work infringed.

41.     Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502 to prohibit further infringement of his copyrighted works.

42.     Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to seizure of the Red Table Talk images and any and all articles by means of which copies of them have been or may be reproduced, including but not limited to the billboards and domain names on which these Photos appear.

43.     Plaintiff is entitled to recover from the Defendants his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

## B.  Count Two: Breach of Contract

44.     Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

45.     The Parties agreed that, in exchange for consideration paid by Defendant Meta to Plaintiff, that Defendant was entitled to limited usage of Plaintiff's images ("Contract").

46.     Plaintiff performed his obligations under the Contract by providing Defendant with the subject images for limited usage.

47.     Defendant breached the Contract by using the images above and beyond contemplated and agreed upon terms, including by using the images in a broad, multi-city national advertising campaign.

48.     Defendant benefited greatly from the breach of contract as they were able to use Evans's images more broadly without appropriately compensating him.

49.     Said breach damaged the Plaintiff in an amount to be proven at trial.

The Amin Law Group, Ltd.
2211 Michelson Drive, Suite 1170
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

# VI.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

# VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands that judgment be entered against Defendants as follows:

1.  Pursuant to 17 U.S.C. § 502, that Defendants, their agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendants, be permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights in any manner, including generally, but not limited to reproducing, distributing, displaying, performing or making derivatives of any of the Red Table Talks images;

2.  Pursuant to 17 U.S.C. § 504, that Defendants be required to pay actual damages and disgorgement of all profits derived by Defendant from its acts of copyright infringement;

3.  That Defendants be required to perform a complete and full accounting of all profits generated by Defendant from the Red Table Talks images;

4.  Pursuant to 17 U.S.C. § 504, that upon Plaintiff's election, Defendants be required to pay statutory damages up to $150,000 for each work infringed for its acts of copyright infringement, and in the event the factfinder determines that Defendants' infringement was not willful, that Defendants be required to pay statutory damages up to $30,000 for each work infringed for its acts of copyright infringement;

5.  Pursuant to 17 U.S.C. § 505, Defendants be required to pay Plaintiff the costs of this action, prejudgment interest, and reasonable attorney's fees; and

6.  Plaintiff be granted all other and further relief to which he is entitled.

DATED: this 11th day of January, 2022

By: _____

Ismail Amin, Esq.
Kevin T. Meade, Esq.
Scott Halberstadt, Esq.
**THE AMIN LAW GROUP, LTD.**
*Attorneys for Plaintiff Stan Evans*