| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | JOSEPH C. GRATZ (SBN 240676) |
| 2 | jgratz@durietangri.com |
| | JOYCE C. LI (SBN 323820) |
| 3 | jli@durietangri.com |
| | 217 Leidesdorff Street |
| 4 | San Francisco, CA  94111 |
| | Telephone:  415-362-6666 |
| 5 | Facsimile:   415-236-6300 |
| 6 | Attorneys for Defendant |
| | META PLATFORMS, INC. |
| 7 | f/k/a FACEBOOK, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STAN EVANS, | Case No. 2:22-cv-00225-AB-MAA |
| Plaintiff, | **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| META PLATFORMS, INC. a Delaware corporation, formerly known as FACEBOOK, INC., and DOES 1-20, inclusive, | |
| Defendants. | Date:  July 29, 2022<br>Time:  10:00 a.m.<br>Ctrm:  7B<br>Judge: Honorable André Birotte Jr. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta") hereby respectfully requests that, in connection with its Motion to Dismiss Plaintiff's Second Amended Complaint filed and served concurrently herewith, the Court take judicial notice of the document attached hereto as Exhibit A.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Rule 201(d) provides that the court may take "judicial notice at any stage of the proceeding." Under Rule 201(c)(2), a court "must take judicial notice if a party requests it and the court is supplied with the necessary information."

Exhibit A is the copyright registration record issued by the United States Copyright Office for registration number VA0002250539. Exhibit A is part of the Copyright Office's public catalog of copyrights registered from 1978 to present. The contents of Exhibit A can thus "be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Exhibit A is properly the subject of judicial notice. *See Warren v. Fox Family Worldwide, Inc.*, 171 F. Supp. 2d 1057, 1062 (C.D. Cal. 2001), aff'd, 328 F.3d 1136 (9th Cir. 2003) ("Copyright certificates are the type of documents that the court may judicially notice under Rule 201(b)(2)."); *see also Telebrands Corp. v. Del Labs., Inc.*, 719 F. Supp. 2d 283, 287 n.3 (S.D.N.Y. 2010) ("The court may properly take judicial notice of official records of the United States Patent and Trademark Office and the United States Copyright Office.").

Dated: July 1, 2022

DURIE TANGRI LLP

By: _/s/ Joseph C. Gratz_
JOSEPH C. GRATZ

Attorneys for Defendant,
META PLATFORMS, INC.
f/k/a FACEBOOK, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
