JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation, formerly known as FACEBOOK, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-CV-00225-AB (MAA)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming dates and deadlines are **VACATED**.

Dated: September 15, 2022

                                                          
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE